UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BROADNAX,<br><br>            Plaintiff,<br><br>    v.<br><br>,<br><br>            Defendant. | Case No. 18-cv-06134-JD<br><br>**ORDER OF DISMISSAL** |

Plaintiff, a state prisoner, has submitted a letter to the Court that was construed as the initiation of a case. Court mail that the clerk sent to plaintiff at his last known address has been returned as undeliverable. Plaintiff has not provided a current mailing address.

More than sixty days have passed since the mail was returned. This case is **DISMISSED** without prejudice. *See* Local R. 3-11(b).

**IT IS SO ORDERED.**

Dated: January 29, 2019

JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BROADNAX,<br><br>        Plaintiff,<br><br>   v.<br><br>,<br><br>        Defendant. | Case No. 18-cv-06134-JD<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 29, 2019, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Cottrell Broadnax
P.O. Box 5101
#Al8519
Delano, CA 93216

Dated: January 29, 2019

                                              Susan Y. Soong
                                              Clerk, United States District Court

                                              By:_____
                                              LISA R. CLARK, Deputy Clerk to the
                                              Honorable JAMES DONATO