UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BROADNAX,

    Plaintiff,

  v.

,

    Defendant.

Case No. 18-cv-06134-JD

**JUDGMENT**

Pursuant to the order of dismissal signed today, a judgment of dismissal without prejudice is entered against plaintiff.

**IT IS SO ORDERED.**

Dated: January 29, 2019

JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BROADNAX,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>,<br><br>　　　　　Defendant. | Case No. 18-cv-06134-JD<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 29, 2019, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Cottrell Broadnax
P.O. Box 5101
#Al8519
Delano, CA 93216

Dated: January 29, 2019

　　　　　　　　　　　　　　　　　　　Susan Y. Soong
　　　　　　　　　　　　　　　　　　　Clerk, United States District Court

　　　　　　　　　　　　　　　　　　　By:_____
　　　　　　　　　　　　　　　　　　　LISA R. CLARK, Deputy Clerk to the
　　　　　　　　　　　　　　　　　　　Honorable JAMES DONATO